**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 12-7182**

—————————

JEFFREY M. YOUNG-BEY,

                    Plaintiff – Appellant,

          v.

A. LOGSTON, CO II; SGT. J. SMITH; C. M. CAMPBELL, Case
Manager; B. CASSIDY, Case Mngmt Supv.; WARDEN BOBBY
SHEARIN; STATE OF MARYLAND; M. FISHER, CO II; M. EMERICK,
CO II; C. PRICE, CO II; A. DURST, CO II; SGT. MCKENNY; C.
CAMPBELL; KEITH ARNOLD; M. SNYDER, CO II,

                    Defendants – Appellees,

          and

FRANK B. BISHOP, Security Chief; TWELVE JOHN DOES,

                    Defendants.

—————————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   J. Frederick Motz, Senior District
Judge.  (1:11-cv-00536-JFM)

—————————

Submitted:  February 28, 2013        Decided:  March 29, 2013

—————————

Before GREGORY, SHEDD, and KEENAN, Circuit Judges.

—————————

Affirmed by unpublished per curiam opinion.

—————————

Jeffrey M. Young-Bey, Appellant Pro Se. Stephanie Judith Lane-Weber, Assistant Attorney General, Baltimore, Maryland, for Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jeffrey Maurice Young-Bey appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Young-Bey v. Logston, No. 1:11-cv-00536-JFM (D. Md. June 22, 2012). We also deny Young-Bey's motion to file a supplemental brief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED